AO 451 (Rev.12/93)  Certification of Judgment

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __NEW YORK__

PETER SCRIBNER as Trustee in Bankruptcy
for Howard's Express, Inc.

V.

MBNA AMERICA BANK

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

Case Number: 03-21227 AP 05-02094

I, __Rodney C. Early__ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action __7/19/2005__, as it
                                                                                                                           Date
appears in the records of this court, and that

no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

__9-29-05__
Date

_/s/ Rodney C. Early_
Clerk

_/s/_
(By) Deputy Clerk

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

CERTIFIED COPY
ATTEST: A TRUE COPY
PAUL R. WARREN
Clerk of the Court
By _____
Deputy Clerk
Original Filed 6/23/05

ATTEST: A TRUE COPY
U.S. DISTRICT COURT, WDNY
RODNEY C. EARLY, CLERK

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re
HOWARD'S EXPRESS, INC.,

Debtor.

PETER SCRIBNER, as Trustee in Bankruptcy
for HOWARD'S EXPRESS, INC.
1110 Park Avenue
Rochester, New York 14610

Plaintiff,

vs.

MBNA AMERICA BANK,
1100 N. King Street
Wilmington, Delaware, 19884

Defendant.

PROPOSED
ORDER GRANTING
JUDGMENT BY DEFAULT

Case No. 03-21227

AP Case No. 05-02094

The Fact of Default was certified and entered by the Clerk of Court against Defendant, MBNA AMERICA BANK ("Defendant"), on 6/23/05, 2005, pursuant to Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule") 7055(a). Plaintiff has made application to this Court for the entry of a Judgment by Default, pursuant to Bankruptcy Rule 7055(b)(2). It appears from the Application submitted by Plaintiff that: (1) Defendant is not an infant or incompetent person; (2) Defendant is not in the military service of the United States; and (3) Defendant is not the Debtor. It further appears from the Complaint that Plaintiff has stated a cause of action for which relief can be granted by this Court.

Therefore, pursuant to Bankruptcy Rule 7055(b)(2), on application of the Plaintiff, it is hereby:

**ORDERED, ADJUDGED AND DECREED,** that Judgment by Default be and is hereby, granted and shall be entered against Defendant in the principal amount of $19,656.42, plus prejudgment interest in the amount of $1,451.18, calculated at the rate of 3.29% per-annum from March 13, 2003 through June 9, 2005, together with costs in the amount $150.00, for a Judgment by Default in the total amount of $21,257.50. This Judgment by Default will bear post-judgment interest at the rate of 3.37% per-annum (rate to be set by the Court) from the date of entry of this Judgment by Default until paid in full.

Dated: 6/23/05
Rochester, New York

FILED
JUN 2 3 2005

Hon. John C. Ninfo, II
United States Bankruptcy Judge